

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00208-CV

In the **ESTATE OF** William Stacy **LONGSTRETH**, Deceased

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13310
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  April 17, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On April 11, 2013, appellant Nan J. Ginger filed a document entitled "Withdrawal of Notice of Appeal." We construe this document as a motion to dismiss the appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM